IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT J. MATHEWSON, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CORE CIVIC CORPORATION (aka CORRECTIONS CORPORATION OF AMERICA), CHIEF BRENT MADRID, LT. BUSHMAN-WEAVER, and KARI ALSTEAD (aka KARI KENYON), <br><br> Defendants. | CV 18-00059-GF-BMM-JTJ <br><br><br> ORDER |

Plaintiff Robert Mathewson, a prisoner proceeding in forma pauperis and without counsel, has filed a document entitled "Plaintiff's Proposed Order of Subpoenas for Plaintiff's Witnesses and the Alternative Clarification of Grants of Writ ad Testificandum" (Doc. 67) which the Court has construed as a motion for trial subpoenas to be issued and served by the Court.

Discovery closes in this matter on October 31, 2019 and motions are due on November 22, 2019. Should this matter proceed to trial, the Court will set a date when Mr. Mathewson may request trial subpoenas and will provide instructions regarding the trial process. Further, Mr. Mathewson does not attach proposed

1

subpoenas and does not seek to have his witnesses testify, appear, or produce documents at a specified time and place as required by Rule 45 of the Federal Rules of Civil Procedure.

ACCORDINGLY, IT IS HEREBY ORDERED THAT Mr. Mathewson's Motion for Subpoenas (Doc. 67) is DENIED WITHOUT PREJUDICE and subject to renewal should this matter proceed to trial.

At all times during the pendency of this action, Mr. Mathewson must immediately advise the Court and opposing counsel of any change of address and its effective date. Failure to file a notice of change of address may result in the dismissal of the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED this 9th day of October, 2019.

                                          /s/ John Johnston
                                          John Johnston
                                          United States Magistrate Judge