FILED
10/24/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED
10/24/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| ROBERT J. MATHEWSON, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CORE CIVIC CORPORATION (aka CORRECTIONS CORPORATION OF AMERICA), CHIEF BRENT MADRID, LT. BUSHMAN-WEAVER, and KARI ALSTEAD (aka KARI KENYON),<br><br>Defendants. | CV 18-00059-GF-BMM-JTJ<br><br>ORDER |

Plaintiff Robert Mathewson, a prisoner proceeding without counsel, has filed a Request for Grant of Motion in Limine Prohibiting Defendant's Use of Mathewson's Criminal Records and Mental Health Notes and Treatment at Trial. (Doc. 66.) Defendants did not respond to the Motion. Pursuant to Local Rule 7.1(d)(1)(B)(ii), "failure to file a response brief may be deemed an admission that the motion is well-taken." With regard to the issues at bar, the Court does not see the relevance of introducing Mr. Mathewson's criminal convictions and mental health records at trial. The motion in limine will be granted with the caveat that should this matter go to trial Judge Morris will have the final say on all evidentiary issues.

1

Based upon the foregoing, the Court issues the following:

**ORDER**

Mr. Mathewson's Motion in Limine (Doc. 66) is GRANTED subject to Judge Morris's evidentiary rulings at trial.

DATED this 24th day of October, 2019.

*/s/ John Johnston*
John Johnston
United States Magistrate Judge