IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT J. MATHEWSON, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CORE CIVIC CORPORATION (aka CORRECTIONS CORPORATION OF AMERICA), CHIEF BRENT MADRID, LT. BUSHMAN-WEAVER, and KARI ALSTEAD (aka KARI KENYON) <br><br> Defendants. | CV 18-59-GF-BMM-JTJ <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered his Findings and Recommendations in this case on May 13, 2020. (Doc. 111.) Judge Johnston recommended that Plaintiff's Motion for Partial Summary Judgment (Doc. 76) be denied. Judge Johnston further recommended that Core Civic Defendants' and

1

Defendant Kari Alstead's Motions for Summary Judgment (Docs. 82; 86) be granted.

Neither party filed objections to the Findings and Recommendations. The parties have waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *McMillan v. United States*, 112 F.3d 1040, 1044 (9th Cir. 1997) (citations omitted). Reviewing for clear error and finding none,

**IT IS ORDERED** that

1. Plaintiff's Motion for Partial Summary Judgment (Doc. 76) is **DENIED**;

2. Defendant Alstead's Motion for Summary Judgment (Doc. 82) is **GRANTED**;

3. The Core Civic Defendants' Motion for Summary Judgment (Doc. 86) is **GRANTED**;

4.      The Clerk of Court is directed to close this matter and enter judgment in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure; and

5.      The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

DATED this 10th day of June, 2020.

_____
Brian Morris, Chief District Judge
United States District Court